# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 CV 57

| | |
|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT, ) ) ) | |
| Plaintiffs ) ) | |
| V ) ) | **ORDER** |
| CYPRUS AMAX MINERALS COMPANY, et al, ) ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* of Kevin W. Paul. It appearing that Kevin W. Paul is a member in good standing with the Texas State Bar and will be appearing with Janet Ward Black, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Janet Ward Black's Application for Admission to Practice *Pro Hac Vice* (#5) of Kevin W. Paul is **GRANTED**, and

that Kevin W. Paul is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Janet Ward Black.

Signed: March 19, 2014

Dennis L. Howell
United States Magistrate Judge