# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 CV 57

| | | |
|---|---|---|
| JAMES MARVIN TRIPLETT and <br> MARY JANE TRIPLETT, | ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | |
| V | ) <br> ) | **ORDER** |
| CYPRUS AMAX MINERALS <br> COMPANY, et al, | ) <br> ) <br> ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Charles M. Sprinkle, III's Application for Admission to Practice *Pro Hac Vice* of Moffatt G. McDonald. It appearing that Moffatt G. McDonald is a member in good standing with the South Carolina State Bar and will be appearing with Charles M. Sprinkle, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Charles M. Sprinkle, III's Application for Admission to Practice *Pro Hac Vice* (#57) of Moffatt G.

McDonald is **GRANTED**, and that Moffatt G. McDonald is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Charles M. Sprinkle, III.

Signed: September 30, 2014

Dennis L. Howell
United States Magistrate Judge