THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00057-MR-DLH

JAMES MARVIN TRIPLETT and )
MARY JANE TRIPLETT, )
)
Plaintiffs, )
)
vs. ) <u>O R D E R</u>
)
)
CYPRIUS AMAX MINERALS )
COMPANY, et al., )
)
Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Vanderbilt Minerals, LLC, Only [Doc. 63].

Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 63] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Vanderbilt Minerals, LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: December 23, 2014

Martin Reidinger
United States District Judge