THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00057-MR-DLH

JAMES MARVIN TRIPLETT and )
MARY JANE TRIPLETT, )
)
      Plaintiffs, )
)
vs. ) <u>O R D E R</u>
)
)
CYPRIUS AMAX MINERALS )
COMPANY, et al., )
)
      Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Red Devil [Doc. 65].

Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 65] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Red Devil, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 9, 2015

Martin Reidinger
United States District Judge