THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00057-MR-DLH

JAMES MARVIN TRIPLETT and )
MARY JANE TRIPLETT, )
)
Plaintiffs, )
)
vs. ) **O R D E R**
)
)
CYPRIUS AMAX MINERALS )
COMPANY, et al., )
)
Defendants. )
_____ )

**THIS MATTER** is before the Court on Defendant Cyprus Amax Minerals Company's Motion for Summary Judgment [Doc. 75] and the parties' Joint Motion to Dismiss Cyprus Amax Minerals Company, Only [Doc. 98].

Upon review of the parties' motions, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 98] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Cyprus Amax Minerals Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Cyprus Amax Minerals Company's Motion for Summary Judgment [Doc. 75] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge