# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14 CV 57

| | | |
|---|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| CYPRUS AMAX MINERALS COMPANY, et al, | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Charles M. Sprinkle, III's Application for Admission to Practice *Pro Hac Vice* of W. Clay Massey. It appearing that W. Clay Massey is a member in good standing with the Georgia State Bar and will be appearing with Charles M. Sprinkle, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Charles M. Sprinkle, III's Application for Admission to Practice *Pro Hac Vice* (#99) of W. Clay Massey is

**GRANTED**, and that W. Clay Massey is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Charles M. Sprinkle, III.

Signed: June 10, 2015

Dennis L. Howell
United States Magistrate Judge