# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14 CV 57

| | | |
|---|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| CYPRUS AMAX MINERALS COMPANY, et al, | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Tracy E. Tomlin's Application for Admission to Practice *Pro Hac Vice* of Jeffrey Jerome Hines. It appearing that Jeffrey Jerome Hines is a member in good standing with the State Bars of Maryland and Virginia and will be appearing with Tracy E. Tomlin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Tracy E. Tomlin's Application for Admission to Practice *Pro Hac Vice* (#110) of Jeffrey Jerome Hines is **GRANTED**,

and that Jeffrey Jerome Hines is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Tracy E. Tomlin.

Signed: June 25, 2015

Dennis L. Howell
United States Magistrate Judge