# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:14-cv-00057-MR-DLH

| | | |
|---|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CORRECTED ORDER** |
| CYPRIUS AMAX MINERALS COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Pfizer, Inc. [Doc. 114]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 114] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Pfizer, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant Pfizer, Inc.'s Motion for Summary Judgment [Doc. 79], and Plaintiffs' Motion for Sanctions for Spoliation [Doc. 86], are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: July 6, 2015

Martin Reidinger
United States District Judge