# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:14-cv-00057-MR-DLH

| | |
|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CYPRIUS AMAX MINERALS COMPANY, et al., )<br><br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Georgia-Pacific [Doc. 118].  Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 118] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Georgia-Pacific are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge