**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:14-cv-00057-MR-DLH**

| | |
|---|---|
| **JAMES MARVIN TRIPLETT and** ) | |
| **MARY JANE TRIPLETT,** ) | |
| ) | |
| **Plaintiffs,** ) | **O R D E R** |
| **vs.** ) | |
| ) | |
| ) | |
| **CYPRIUS AMAX MINERALS** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 149]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 149] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge