IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00057-MR-DLH

| | |
|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT, ) ) ) Plaintiffs, ) vs. ) ) ) CYPRIUS AMAX MINERALS ) COMPANY, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of DAP Products, Inc. [Doc. 157]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 157] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant DAP Products, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge