THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00057-MR-DLH

JAMES MARVIN TRIPLETT, et al.,     )
                                    )
               Plaintiffs,          )
                                    )
     vs.                            )     **O R D E R**
                                    )
CYPRUS AMAX MINERALS                )
COMPANY, et al.,                    )
                                    )
               Defendants.          )
_____ )

**THIS MATTER** is before the Court on the Plaintiffs' Joint Motion for Dismissal with Prejudice of DAP Products, Inc. [Doc. 159].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 159] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant DAP Products, Inc. are hereby **DISMISSED WITH PREJUDICE**.[1]

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge

---

[1] In an Order entered August 21, 2015, the Court previously dismissed this Defendant without prejudice. [Doc. 158].