# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:14-cv-00057-MR-DLH

| | |
|---|---|
| JAMES MARVIN TRIPLETT and MARY JANE TRIPLETT,   )<br>)<br>) | |
| Plaintiffs,   )<br>vs.   ) | **O R D E R** |
| )<br>) | |
| CYPRIUS AMAX MINERALS COMPANY, et al.,   )<br>) | |
| )<br>Defendants.   )<br>_____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of CertainTeed Corporation, Only [Doc. 161]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 161] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant CertainTeed Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**          Signed: October 2, 2015

Martin Reidinger
United States District Judge