IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00057-MR-DLH

| | |
|---|---|
| JAMES MARVIN TRIPLETT and ) <br> MARY JANE TRIPLETT, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> ) <br> CYPRIUS AMAX MINERALS ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 164]. Upon review of the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 164] is **GRANTED**, and all of the claims asserted by the Plaintiffs against the Defendant Union Carbide Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 5, 2015

Martin Reidinger
United States District Judge